MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
6140 Stoneridge Mall Road, Suite 250
Pleasanton, CA 94588
PH: (925) 621-1900

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

JONILYH OCAMPO RESUELLO

       Debtor,

_____/

CHAPTER 13

CASE NO. 13-43531 MEH 13

**JOINT PRE-HEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

Nima Ghazvini, Staff Attorney for Martha Bronitsky, Chapter 13 Trustee, met and conferred with Debtor's attorney, Anne Shiau, Esq. on October 11, 2013. The following issue remains unresolved

- Plan does not fund due to an Internal Revenue Service (IRS) unsecured priority claim filed for $2,965.39, but scheduled for only $839

Debtor will resolve this issue by either amending the Plan to fund the claim or objecting to IRS's claim. This matter may be resolved prior to the Confirmation Hearing.

October 15, 2013                    /s/NIMA GHAZVINI 5909
DATE                             Nima Ghazvini, Esq.
                                     Staff Attorney for Martha G. Bronitsky

1