AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
TOYOTA MOTOR CREDIT CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:  Case No. 13-43531 MEH

JONILYH O. RESUELLO,  JOINT PREHEARING
 CONFERENCE STATEMENT

      Debtor.
_____/

**CONFIRMATION HEARING**:
Date: October 22, 2013
Time: 10:00 am
Ctrm: #215,
      1300 Clay Street,
      Oakland, CA

      Secured Creditor, TOYOTA MOTOR CREDIT CORPORATION (hereinafter referred to as "Secured Creditor") and Debtor, JONILYN O. RESUELLO, by and through their counsel, respectfully submits the following Prehearing Conference Statement:

      1.    **Discovery**.    The parties have not initiated discovery.

      2.    **Settlement Discussions**. Counsel for Secured Creditor and counsel for Debtor have met and conferred regarding the issues raised in Secured Creditor's objection. The parties have agreed to have the property appraised. To this end, the subject vehicle was inspected

today, with the report expected by October 17, 2013. The parties request a thirty (30) day continuance to allow for review of the appraisal and for a settlement to be reached.

3. **Related Proceedings**. None.

Dated: October 15, 2013          LAW OFFICES OF
                                 AUSTIN P. NAGEL


                                 By /s/ Austin P. Nagel
                                   Attorneys for Secured Creditor,
                                   TOYOTA MOTOR CREDIT
                                   CORPORATION

Dated: October 15, 2013          LAW OFFICES OF
                                 PATRICK FORTE


                                 By /s/ Anne Y. Shiau
                                   Attorneys for Debtor,
                                   JONILYH O. RESUELLO

TOYMO.3203

**PROOF OF SERVICE BY MAIL**

I, the undersigned, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 111 Deerwood Road, Suite 305, San Ramon, California, 94583.

On October 15, 2013, I served the JOINT PREHEARING CONFERENCE STATEMENT on the interested parties in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Ramon, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with the United States Postal Service this day in the ordinary course of business, addressed as follows:

| | |
|---|---|
| Jonilyh O. Resuello | Martha G. Bronitsky |
| 314 Rodeo Avenue, Apt 1 | P.O. Box 9077 |
| Rodeo, CA 94572 | Pleasa4nton, CA 94566 |
| | |
| Patrick Forte | **VIA ELECTRONIC SERVICE** |
| 1 Kaiser Plaza #480 | U.S. Trustee Oakland |
| Oakland, CA 94612 | 1301 Clay St. #690N |
| | Oakland, CA 94612 |

I declare under penalty of perjury that the foregoing is true and correct and that this Proof Of Service By Mail was executed on October 15, at San Ramon, California.

　　　　　　　　　　　　　　　　　　　　　　／s/ Melissa Alcorn

Toymo.3203